UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GENEVIEVE CORBITT, et al.,

    Plaintiffs,

v.

Case No. 2:11-CV-1017
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

BAC HOME LOANS SERVICING,
L.P., et al.,

    Defendants.

## ORDER

This matter is before the Court for consideration of Defendants Bank of America, N.A., as successor by merger to BAC Home Loans Servicing L.P. and Bank of America Corporation's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 12). This motion was filed before Plaintiffs filed an Amended Complaint (Doc. 21) on February 1, 2012, to which Defendants filed an Answer (Doc. 22) on February 14, 2012. Accordingly, Defendants' Motion to Dismiss the original complaint (Doc. 12) is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

8-6-2012
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE